5 F.3d 1491
 Sieger (Robin H.), Goetzman (Monte)
v.
Township of Tinicum, Tinicum Twp. Zoning Board, Tinicum Twp.
Recreation Bd., Tinicum Twp. Health, German (Adam, Jr.),
Canzanese (Nick), Giancristoforo (Thomas J.), Keller (Joseph
A.), Slatten (Ralph), Pappano (Robert, Esquire), Lythgoe
(Robert), Doyle (Alice), Upper Darby Twp., Upper Providence
Twp. David (Walter), Borough of Lansdowne, Dugan (Eugene)
 NO. 92-2109
 United States Court of Appeals,
Third Circuit.
 July 29, 1993
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED IN PART, VACATED IN PART.